**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NICOLE D. ALTONEN,

        Plaintiff,

v.                                Case No:   6:22-cv-2391-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

**ORDER**[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH REMAND OF THE CAUSE TO DEFENDANT (Doc. No. 16)**
>
> **FILED:** March 27, 2023
>
> ───────────────────────
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. *See* Doc. Nos. 15, 17–18.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate whether there was medical improvement and issue a new decision.

Doc. No. 16.   Plaintiff does not object to the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

> 1. The Commissioner's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to Defendant (Doc. No. 16) is **GRANTED**.
>
> 2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reason.
>
> 3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on April 4, 2023.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties